# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2023

*The Court of Appeals hereby passes the following order:*

## A24D0001.  CYNTHIA JOHNSON v. BRITTNEY JEAN BUTLER et al.

Cynthia Johnson filed a petition against Brittney Jean Butler and Christopher Lee Butler, seeking custody of the Butlers' biological child under the Equitable Caregiver Act, OCGA § 19-7-3.1. The trial court adjudicated Johnson as an equitable caregiver, ordered the parties to share joint legal custody of the child, awarded Christopher primary physical custody, and awarded Johnson and Brittney visitation. Johnson has filed a timely application for discretionary appeal from the trial court's order.

Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody[.]" Thus, the trial court's order here is directly appealable. Id.; see, e. g., *In the Interest of K. L.*, 362 Ga. App. 590 (869 SE2d 543) (2022) (entertaining a direct appeal from trial court's ruling under the Equitable Caregiver Act); *Skinner v. Miles*, 361 Ga. App. 764 (863 SE2d 578) (2021) (same). This Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Johnson shall have ten days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g). If Johnson has already filed a notice of appeal in the trial court, then she need not file a second notice. The

clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,___08/07/2023_____*
          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*